AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia



| | |
|---|---|
| United States of America<br>v.<br>KULBIR KAUR (also known as "LOVELY") #1<br>and<br>HARMANPREET SINGH #2<br>*Defendant(s)* | Case No. 3:23mj35 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __February 2018 through May 2021__ in the county of __North Chesterfield__ in the __Eastern__ District of __Virginia__, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. Sections 1589, 1594(a), and 2 | Forced Labor |

This criminal complaint is based on these facts:
See Affidavit attached.

☐ Continued on the attached sheet.

Reviewed by AUSA/SAUSA:
Avi Panth

_____
*Complainant's signature*

David Gonzalez, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 05/19/2023

/s/ MRC
Mark R. Colombell
**United States Magistrate Judge**
*Judge's signature*

City and state: Richmond, Virginia

Hon. Mark R. Colombell, U.S. Magistrate Judge
*Printed name and title*