AO 442 (Rev. 11/11) Arrest Warrant

FIO: 11555388

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>KULBIR KAUR (also known as "LOVELY")<br><br>_____<br>Defendant | Case No. 3:23mj35-1<br><br>**SEALED** |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   KULBIR KAUR                                                              ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Forced Labor, in violation of 18 U.S.C. Sections 1589, 1594(a), and 2.


Date:   05/19/2023                                         /s/ MRC
                                                          _____
                                                          *Issuing officer's signature*

City and state:   Richmond, Virginia                     Hon. Mark R. Colombell, U.S. Magistrate Judge
                                                          *Printed name and title*

---

**Return**

This warrant was received on *(date)*  05/19/2023 , and the person was arrested on *(date)*  05/25/2023
at *(city and state)*  Richmond, Virginia            .

Date:  05/25/2025

                                                          _____
                                                          *Arresting officer's signature*

                                                          Jamil Johnson
                                                          _____
                                                          *Printed name and title*