IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No.    3:23-CR-092 |
| | ) | |
| HARMANPREET SINGH, et al. | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

## NOTICE OF APPEARANCE

WILL THE CLERK please note the appearance of Atchuthan Sriskandarajah, Esquire as

lead attorney on behalf of Defendant Harmanpreet Singh in the above referenced matter.

Respectfully submitted,
HARMANPREET SINGH
By Counsel


By: /s/ Atchuthan Sriskandarajah
Atchuthan Sriskandarajah, Esquire
VSB 41115
LAW OFFICES OF SRIS, PC
4008 Williamsburg Court
Fairfax, VA 22032
T (703) 278-0405
F (703) 278-0420
E sris@srislawgroup.biz
**Counsel for Defendant**

1